## Register of Actions

| | | | |
|---|---|---|---|
| ☐ Filed by Plaintiff/Petitioner | **Case Number:** 2017CV030076 | **Division:** 5 | |
| ☐ Filed by Defendant/Respondent | **Case Type:** Other | **Judicial Officer:** Christopher Giles Seldin | |
| ☐ Filed by Court | **Case Caption:** Kosowski, Phil v. Wells Fargo Bank Na | **Court Location:** Pitkin County | |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| N/A (Details) | 08/30/2017 4:40 PM | Jonathan Bruce Pototsky | Pitkin County | N/A | Order (Related Document) | Order: ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT | Public |
| 9165454B1182C | 08/30/2017 10:03 AM | Neal John Giersch McConomy | Snell and Wilmer LLP | Wells Fargo Bank Na | Motion (Related Document) | UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT | Public |
| | | | | | Proposed Order (Related Document) | ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT | Public |
| 48D6DC16BB60B | 08/14/2017 10:24 AM | Eric Michael Theile | Balcomb and Green PC | Phil Kosowski | Return of Service | Return of Service - Wells Fargo Bank, N.A. | Public |
| A7CA6CD030002 | 08/02/2017 3:19 PM | Eric Michael Theile | Balcomb and Green PC | Phil Kosowski | Complaint | Amended Complaint | Public |
| N/A (Details) | 08/01/2017 12:00 AM | Jonna Goldstone | Pitkin County | N/A | Order | DELAY REDUCTION ORDER AND ORDER TO SET CASE MANAGEMENT CONFERENCE IN CIVIL CASES ASSIGNED TO JUDGES BOYD, LYNCH, NEILEY, NORRDIN AND SELDIN | Public |
| 1FB1FAFAE7681 | 07/31/2017 2:04 PM | Eric Michael Theile | Balcomb and Green PC | Phil Kosowski | Complaint w/Jury Demand | Complaint w/Jury Demand | Public |
| | | | | | Summons | Summons | Public |
| | | | | | Civil Case Cover Sheet | Civil Case Cover Sheet | Public |

## Party Information

| Party Name | Party Type | Party Status | Attorney Name |
|---|---|---|---|
| Phil Kosowski | Plaintiff | Active | Eric Michael Theile (Balcomb and Green PC) Lucas Franklin Van Arsdale (Balcomb and Green PC) |
| Wells Fargo Bank Na | Defendant | Active | Neal John Giersch McConomy (Snell and Wilmer LLP) |

## EXHIBIT 1