IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02181-MEH

PHIL KOSOWSKI,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

## ORDER CLOSING CASE

**Michael E. Hegarty, United States Magistrate Judge**.

    Before the Court is a Stipulated Dismissal With Prejudice, ECF No. 19. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court finds the stipulation and terms of the dismissal proper. Thus, this case is voluntarily **dismissed with prejudice**, with each party to bear his or its own fees and costs. The Clerk of the Court is directed to close this case.

    Dated and entered at Denver, Colorado this 22nd day of November, 2017.

                                      BY THE COURT:

                                      */s/ Michael E. Hegarty*

                                      Michael E. Hegarty
                                      United States Magistrate Judge